UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA )
)
v. ) Case No.: 12-mj-159-AJB
)
LEWIS PATE )

### APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
( X ) Ad Prosequendum    ( ) Ad Testificandum

Name of Detainee: LEWIS ANTWHANE PATE, III
Detained at (custodian): Dakota County Jail

Detainee is:   a.) ( X ) charged in this district by:
( ) Indictment    ( ) Information    ( X ) Complaint
Charging Detainee With: Felon in Possession of a Firearm
or   b.) ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.) ( ) return to the custody of detaining facility upon termination of this proceeding
or   b.) ( X ) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on May 9, 2012 at 2:00 p.m. in the courtroom of The Honorable Arthur J. Boylan

Dated: May 1, 2012

_____
Jeffrey S. Paulsen, AUSA

### WRIT OF HABEAS CORPUS

( X ) Ad Prosequendum    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: 5/1/2012

_____
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

A.K.A.(s) (if applicable): _____            Gender: Male
Booking or Fed. Reg.#: 1202395            DOB: 1988
Facility Address: 1580 Highway 55            Race: African-American
Hastings, MN 55033            FBI #: 992970KC6
Facility Phone: 651-438-4700
Currently Incarcerated For: Probation Violation

**RETURN OF SERVICE**

Executed on _____ by _____

(Signature)

SCANNED
MAY - 3 2012
U.S. DISTRICT COURT MPLS

WRIT ISSUED 5-3-12